IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| JEFFRY BUTLER<br>2890 Stavors Road<br>Waldorf, MD 20603,<br><br>and<br><br>CHARLES N. DORSEY<br>13206 Suntum Court<br>Accokeek, MD 20607,<br><br>      Plaintiffs<br><br>v.<br><br>DIRECTSAT USA, LLC<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808,<br><br>and<br><br>UNITEK USA, LLC<br>177 Sentry Parkway, Suite 302<br>Blue Bell, PA 19422,<br><br>and<br><br>UNITEK GLOBAL SERVICES INC.<br>177 Sentry Parkway, Suite 302<br>Blue Bell, PA 19422,<br><br>      Defendants. | Civ. Act. No. 8:10-02747-DKC |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendants DirectSat USA, LLC, UniTek USA, LLC, and UniTek Global Services, Inc. (collectively, "Defendants"), through their undersigned counsel, hereby move the Court to dismiss Plaintiffs' Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure.

Plaintiffs' Complaint fails to set forth a cause of action under the Fair Labor Standard Act ("FLSA"), 29 U.S.C. §§ 201, et seq., and improperly attempts to conduct a § 216(b) collective action simultaneous to a Rule 23 class action. Moreover, one of the named Plaintiffs in this case is already pursing his FLSA rights in a different forum, which precludes him from asserting both federal and state law claims in this forum. The reasons for this Motion, including those just mentioned, are more fully set forth in Defendants' Memorandum of Law, which is incorporated herein at length.

WHEREFORE, for these reasons and for those reasons set forth in the incorporated Memorandum of Law, Defendants respectfully request that the Court grant Defendants' Motion and dismiss Plaintiffs' Complaint with prejudice.

Respectfully submitted,

/s/ John A Bourgeois
Eric J. Bronstein (*pro hac vice pending*)
John P. Elliott (*admitted pro hac vice*)
Colin D. Dougherty (*admitted pro hac vice*)
Gregory S. Voshell (*admitted pro hac vice*)
Elliott Greenleaf & Siedzikowski, PC
925 Harvest Drive
Blue Bell, Pennsylvania 19422

John A. Bourgeois, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
(410) 752-6030

*Counsel for Defendants DirectSat USA, LLC, UniTek USA, LLC, and UniTek Global Services Inc.*