# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JEFFRY BUTLER,  et al.                          *

v.                                              *   **Civil No.  DKC 10-2747**

                                                *

DIRECTSAT USA, LLC,  et al.                     *

                                         **\*\*\*\***

## REPORT AND RECOMMENDATION

This report addresses Defendants' Motion for Sanctions, which was referred to me for

resolution pursuant to Section 636(b)(1)(A) of Title 28 of the United States Code.  Defendants

argue that eight plaintiffs should be dismissed with prejudice for failing to participate in the

litigation.  ECF Nos. 112, 115.  Plaintiffs' counsel concedes that despite his best efforts, these

eight opt-in Plaintiffs have not responded to multiple letters, phone calls and emails, and thus

have provided no discovery responses.[1]  ECF No. 114.  Plaintiffs' counsel requests that the

dismissal be without prejudice because their failure to respond could be justified by a reason

such as illness.

It is recommended that the Court dismiss these Plaintiffs with prejudice.  Dismissal with

prejudice is appropriate under Federal Rule of Civil Procedure 41(b) when a plaintiff fails to

prosecute or comply with a court order and when there has been a "clear record of delay or

contumacious conduct by the plaintiff."  *Diamond v. Bon Secours Hosp.*, CIV. WMN-09-865,

2010 WL 2696632 at \*6 (D. Md. July 6, 2010) (citation and quotation marks omitted).  These

eight Plaintiffs have failed to respond to the January 8, 2013 discovery order, ECF No. 111, for

---

[1] The relevant Plaintiffs are Leroy Deon Smith, Sean M. Roeser, William Arthur Young, Jr., Kristian Matteo
Jefferson, Kent Fitzgerald Williams, Robert Woodrow Cross, Wayne Alexander Diorio and Edwin Lopez.

almost three months. No explanation has been provided to justify their inactivity, and no

expectation of future compliance is offered. The Court previously dismissed Plaintiff Charles

Dorsey with prejudice for a similar failure: "[h]is disappearance remains unexplained and he has

essentially abandoned this litigation." ECF No. 94.[2] For this same reason, Plaintiffs Leroy Deon

Smith, Sean M. Roeser, William Arthur Young, Jr., Kristian Matteo Jefferson, Kent Fitzgerald

Williams, Robert Woodrow Cross, Wayne Alexander Diorio and Edwin Lopez should also be

dismissed with prejudice.

Date: May 16, 2013

/S/
JILLYN K. SCHULZE
United States Magistrate Judge

---

[2] The Court noted also that, because the opt-in period had expired, it was not clear what the practical difference was between dismissing Mr. Dorsey with prejudice or without prejudice.